958

No. 11–9435. LOPEZ-PENA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–577. KAWASHIMA ET UX. v. HOLDER, ATTORNEY GENERAL, 565 U. S. 478;

No. 10–999. ALLEN v. UNITED STATES, 565 U. S. 1234;

No. 11–687. CALLAHAN v. 515 DC, LLC, ET AL., 565 U. S. 1198;

No. 11–743. FISCHER v. GLOBAL CONNECTOR RESEARCH, INC., 565 U. S. 1200;

No. 11–810. BURKE v. KLEVAN, 565 U. S. 1235;

No. 11–6460. WASHINGTON ET VIR v. LOUISIANA ET AL., 565 U. S. 1236;

No. 11–6863. REID v. WYATT ET AL., 565 U. S. 1204;

No. 11–7579. DEBOSE v. WILLIAMS ET AL., 565 U. S. 1205;

No. 11–7641. RIVERS v. BICKELL, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL., 565 U. S. 1168;

No. 11–7717. JONES v. MAZDA NORTH AMERICAN OPERATIONS, 565 U. S. 1208;

No. 11–7777. RIDDICK v. MILIOTIS ET AL., 565 U. S. 1210;

No. 11–7876. GLASER v. COLORADO, 565 U. S. 1212;

No. 11–7936. MUNIZ v. MCKEE, WARDEN, 565 U. S. 1214;

No. 11–8015. BROWN v. VIRGINIA, 565 U. S. 1217;

No. 11–8054. BLYDEN v. UNITED STATES, 565 U. S. 1218;

No. 11–8107. SHAYKIN v. MICHIGAN, 565 U. S. 1220;

No. 11–8156. GEER v. UNITED STATES, 565 U. S. 1221;

No. 11–8211. JEEP v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL., 565 U. S. 1222; and

No. 11–8395. TURNER v. UNITED STATES, 565 U. S. 1226. Petitions for rehearing denied.

APRIL 20, 2012

No. 11A998. FORD, AS NEXT FRIEND OF JOHNSON v. BIDEN, ATTORNEY GENERAL OF DELAWARE. Application for stay of execution of sentence of death, presented to JUSTICE ALITO, and by him referred to the Court, denied.